# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D18-4886
1D19-87

_____

ERVIN J. LEWIS,

   Appellant,

   v.

OFFICE OF THE PUBLIC
DEFENDER,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

August 23, 2019

PER CURIAM.

   We reverse the trial court's order dismissing Appellant's petition for writ of mandamus and remand for an evidentiary hearing on the contested issue of whether Appellee had the requested public records in its possession. *See Ferrier v. Pub. Def.'s Office, 2d Jud. Cir. of Fla.*, 171 So. 3d 744 (Fla. 1st DCA 2015). We also reverse the trial court's order denying Appellant's request for costs and remand for reconsideration after further proceedings on Appellant's mandamus petition.

   REVERSED and REMANDED.

MAKAR, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ervin J. Lewis, pro se, Appellant.

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellee.